**FILED**
**CLERK, U.S. DISTRICT COURT**

8/22/2024

**CENTRAL DISTRICT OF CALIFORNIA**
BY: ___CDO___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DANIEL MESSIAH,<br>  aka "Daniel Kershaw,"<br>  aka "Daniel Joshua Kershaw,"<br>  aka "Daniel Messie,"<br>  aka "Zack Jonas,"<br>  aka "Taylor Jonas,"<br><br>  Defendant. | CR No. 2:24-cr-00512-PA<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1542: False Statement in a Passport Application; 18 U.S.C. § 1621: Perjury] |

The Grand Jury charges:

### COUNT ONE

[18 U.S.C. § 1542]

On or about May 9, 2018, in Los Angeles County, within the Central District of California, defendant DANIEL MESSIAH, also known as ("aka") "Daniel Kershaw," aka "Daniel Joshua Kershaw," aka "Daniel Messie," aka "Zack Jonas," aka "Taylor Jonas," knowingly and willfully made false statements in an application for a United States passport, with intent to induce and secure for his own use the issuance of a passport under the authority of the United States,

1  contrary to the laws regulating the issuance of such passports and
2  the rules prescribed pursuant to such laws, in that, in such
3  application, defendant MESSIAH stated that his name was Daniel
4  Kershaw, his birthdate was August 2, 1993, and defendant MESSIAH
5  answered "No," to the question "Have you ever applied for or been
6  issued a U.S. Passport Book or Passport Card," whereas, in fact, as
7  defendant MESSIAH then knew, his name was not Daniel Kershaw, his
8  birthdate was not August 2, 1993, and he had previously applied for a
9  U.S. Passport using another false alias, i.e., "Daniel Messie."

COUNT TWO

[18 U.S.C. § 1542]

On or about June 20, 2018, in Los Angeles County, within the Central District of California, defendant DANIEL MESSIAH, also known as ("aka") "Daniel Kershaw," aka "Daniel Joshua Kershaw," aka "Daniel Messie," aka "Zack Jonas," aka "Taylor Jonas," knowingly and willfully made false statements in an application for a United States passport, with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that, in such application, defendant MESSIAH stated that his name was Daniel Kershaw, his birthdate was August 2, 1993," whereas, in fact, as defendant MESSIAH then knew, his name was not Daniel Kershaw and his birthdate was not August 2, 1993.

COUNT THREE

[18 U.S.C. § 1542]

On or about February 28, 2020, in Los Angeles County, within the Central District of California, defendant DANIEL MESSIAH, also known as ("aka") "Daniel Kershaw," aka "Daniel Joshua Kershaw," aka "Daniel Messie," aka "Zack Jonas," aka "Taylor Jonas," knowingly and willfully made false statements in an application for a United States passport, with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that, in such application, defendant MESSIAH stated that his name was Daniel Kershaw and his birthdate was August 2, 1993, whereas, in fact, as defendant MESSIAH then knew, his name was not Daniel Kershaw and his birthdate was not August 2, 1993.

COUNT FOUR

[18 U.S.C. § 1621]

On or about June 7, 2023, in Los Angeles County, within the Central District of California, defendant DANIEL MESSIAH, also known as ("aka") "Daniel Kershaw," aka "Daniel Joshua Kershaw," aka "Daniel Messie," aka "Zack Jonas," aka "Taylor Jonas," executed in a civil lawsuit that defendant MESSIAH initiated, Daniel Kershaw v. Anthony Blinken, et al., Case No. 22-CV-708-SSS-SK (C.D. Cal.), a sworn declaration under penalty of perjury wherein defendant MESSIAH willfully subscribed as true material matters which he did not believe to be true.

Specifically, defendant MESSIAH had initiated the lawsuit to compel the United States Department of State to issue him a passport in the name of his false alias, Daniel Kershaw. In an effort to aid his case, defendant MESSIAH submitted a sworn declaration, which defendant MESSIAH signed in the name of Daniel Kershaw, containing at least the following false and material statements: (1) that his name was Daniel Kershaw, (2) that his birthdate was August 2, 1993, and (3) that third-party L.R. witnessed defendant MESSIAH's birth at a home in Manhattan Beach. In fact, as defendant MESSIAH knew, his name was not Daniel Kershaw, his birthdate was not August 2, 1993,

//
//
//

and L.R. never witnessed defendant MESSIAH's birth at a home in Manhattan Beach.

                                         A TRUE BILL

                                          /s/
                                         Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Chief, General Crimes Section

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

HAOXIAOHAN CAI
Assistant United States Attorney
Major Frauds Section